**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

        **Plaintiff**

vs                                        Case No. 4:09cr51-RH/WCS

**NELSON D. CABRERA
and
ILSA FERRER**

        **Defendants**
                                        /

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on December 22, 2009, this Court entered a Preliminary Order Of Forfeiture against the following:

**A. Various items belonging to Nelson D. Cabrera and/or Ilsa Ferrer, more specifically described as:**

        **a.**        **Samsung 46" LED Flat Screen Television, Model #UN46B6000**
        **b.**        **Sony PSP, Serial Number AT269434608**
        **c.**        **Pair of diamond solitaire earrings**
        **d.**        **10k yellow gold chain, 6mm wide, 22" long**
        **e.**        **14k yellow gold men's bar bracelet with diamonds, 9" long**
        **f.**        **14k yellow gold men's "bullseye" ring with diamonds**
        **g.**        **$146.00 in United States Currency**; and

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action

and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on January 23, 2010. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

SO ORDERED on April 19, 2010.

s/Robert L. Hinkle
United States District Judge